UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARMEN ANDERSON,

                Plaintiff,

    -against-                                      **ORDER**
                                              22 CV 872 (RPK) (CLP)

WWW.ISIS.GOLD,

                Defendant.
-----------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

      Carmen Anderson ("plaintiff"), proceeding *pro se*, commenced this action against www.isis.gold ("defendant") on February 11, 2022 (ECF No. 1), and plaintiff filed an Amended Complaint on July 29, 2022 (ECF No. 5). On July 27, 2023, plaintiff executed service of the Amended Complaint on defendant by serving the Illinois Secretary of State via the U.S. Marshals Service for the Central District of Illinois. (See ECF No. 23). Defendant was therefore given until August 17, 2023, to answer or otherwise respond to the Amended Complaint. Fed. R. Civ. P. 12(a)(1). This Court ordered the Clerk of Court to issue a certificate of default after defendant failed to timely answer the Amended Complaint (Electronic Order, dated September 29, 2023), and default was entered on October 10, 2023 (ECF No. 26). On January 10, 2024, the Court ordered plaintiff to confirm by February 7, 2024, whether she intended to file a motion for default judgment. (ECF No. 27).

      Plaintiff timely filed a letter confirming her intent to move for default judgment and requested six weeks to do so. (ECF No. 28). Thereafter, the Court Ordered plaintiff to file her motion for default judgment, along with any supporting documents, by March 20, 2024. (ECF No. 29). Plaintiff did not meet that deadline, and on April 9, 2024, this Court issued an order

stating that if plaintiff did not file her motion by April 23rd, the Court would recommend dismissal for failure to prosecute. (ECF No. 30).

Plaintiff still has not filed her motion in contravention of the Court's various orders and despite the Court's warning that failure to comply with these orders could result in dismissal.[1] The Court therefore respectfully recommends that the district court dismiss this action for failure to prosecute. Fed. R. Civ. P. 41(b); see also LeSane v. Hall's Sec. Analyst, Inc., 239 F.3d 206, 209 (2d Cir. 2001) (holding that "it is unquestioned that Rule 41(b) . . . gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute").

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); see also Fed. R. Civ. P. 6(a) (providing the method for computing time). Failure to file objections within the specified time waives the right to appeal the District Court's order. See, e.g., Caidor v. Onondaga Cnty., 517 F.3d 601, 604 (2d Cir. 2008).

**SO ORDERED.**

Dated: Brooklyn, New York
April 30, 2024

*Cheryl L. Pollak*
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York

---

[1] Copies of all orders were promptly mailed to plaintiff at the address listed on the docket: 65 Washington Street, Apt. 8D, Brooklyn, NY 11207.

2